UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 MAR -2 PM 1:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

MELISSA FENDLEY and ACCESS
NOW, INC., a Florida not for
profit corporation,

    Plaintiffs,

vs.

                            C:      CV-04-AR-0423-S

PLANET SMOOTHIE OF PELHAM, LLC,
a domestic corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiffs, MELISSA FENDLEY and ACCESS NOW, INC. ("Plaintiffs") by and through the undersigned counsel, hereby file this Complaint and sue PLANET SMOOTHIE OF PELHAM, LLC, for injunctive relief, attorney's fees and costs pursuant to 42 U.S.C. §12181 et. seq, ("AMERICANS WITH DISABILITIES ACT" or "ADA") and allege:

### JURISDICTION AND PARTIES

1.    This is an action for declaratory and injunctive relief pursuant to Title III of the Americans With Disabilities Act, 42 U.S.C. §12181 et. seq., (hereinafter referred to as the "ADA"). This Court is vested with original jurisdiction under 28 U.S.C. sections 1331 and 1343.

2.    Venue is proper in this Court, the Northern District of Alabama pursuant to 28 U.S.C. §1391 (B) and Local Rules of the United States District Court for the Northern District of Alabama.

1

3.  Plaintiff, MELISSA FENDLEY (hereinafter referred to as "MS. FENDLEY") is a resident of the State of Alabama and is a qualified individual with a disability under the ADA. MS. FENDLEY suffers from what constitutes a "qualified disability" under the Americans With Disabilities Act of 1990, ("ADA") and all other applicable Federal statutes and regulations. Prior to instituting the instant action, MS. FENDLEY visited the Defendant's premises at issue in this matter, and was denied full, safe and equal access to the subject property of Defendant which is the subject of this lawsuit due to its lack of compliance with the ADA. MS. FENDLEY continues to desire and intends to visit the Defendant's premises but continues to be denied full, safe and equal access due to the barriers to access which continue to exist.

4.  Plaintiff ACCESS NOW, INC. (hereinafter referred to as "ACCESS NOW") is a non-profit corporation organized and existing under the laws of the State of Florida ("Association"), of which MS. FENDLEY is a member. The Association's members consist of both qualified individuals with disabilities (including, but not limited to, mobility impaired, hearing impaired and sight impaired) under and as defined by the ADA and the able-bodied. ACCESS NOW is engaged, inter alia, in seeking compliance with the ADA, educational efforts to correct violations when found, and when necessary and appropriate, litigation to require persons and entities in violation of the ADA to comply with the Act. One of the primary purposes of the Association is to represent its members to assure that public spaces and commercial premises are accessible to and useable by its members, to assure its members that they will not be excluded from participation in or be denied the benefits of the services, programs or activities of public accommodations, and to assure its members that they are not discriminated against because of their disabilities. The Association and its members, including but not limited

to MS. FENDLEY, have suffered direct and indirect injury as a result of the Defendant's actions or inactions described herein. Prior to filing the instant lawsuit, members of ACCESS NOW visited the Defendant's premises and were unable to fully, safely and equally do so due to the barriers to access which exist and the Defendant's lack of compliance with the ADA. ACCESS NOW and its members, including but not limited to MS. FENDLEY, continue to be discriminated against due to the Defendant's continued lack of compliance and their continued desire and intent to visit the Defendant's premises. The Association also has been discriminated against because of its association with its members and their claims.

5. The Defendant, PLANET SMOOTHIE OF PELHAM, LLC, is an Alabama limited liability company registered to do business and, in fact, conducting business, in the State of Alabama. Upon information and belief, PLANET SMOOTHIE OF PELHAM, LLC (hereinafter referred to as "PLANET SMOOTHIE") is the owner, lessee and/or operator of the real property and improvements which is the subject of this action, specifically the Planet Smoothie restaurant located at 323 B Summit Boulevard, Birmingham, Alabama (hereinafter referred to as the "RESTAURANT").

6. All events giving rise to this lawsuit occurred in the Northern District of Alabama.

**COUNT I - VIOLATION OF THE AMERICANS WITH DISABILITIES ACT**

7. On or about July 26, 1990, Congress enacted the Americans With Disabilities Act ("ADA"), 42 U.S.C. §12101 et. seq. Commercial enterprises were provided one and a half years from enactment of the statute to implement its requirements. The effective date of Title III of the ADA was January 26, 1992. 42 U.S.C. §12181; 20 C.F.R. §36.508 (A).

8. Pursuant to 42 U.S.C. §12181(7) and 28 C.F.R. §36.104, the RESTAURANT owned by PLANET SMOOTHIE is a place of public accommodation in that it is a RESTAURANT which provides services to the public.

9. Defendant, PLANET SMOOTHIE has discriminated, and continues to discriminate against the Plaintiffs, and others who are similarly situated, by denying access to, and full, safe and equal enjoyment of goods, services, facilities, privileges, advantages and/or accommodations at the RESTAURANT in derogation of 42 U.S.C §12101 et. seq.

10. The Plaintiffs have been unable to and continue to be unable to enjoy access to, and the benefits of the services offered at the RESTAURANT owned by PLANET SMOOTHIE. Prior to the filing of this lawsuit, Plaintiffs visited the RESTAURANT at issue in this lawsuit and were denied access to the benefits, accommodations and services of the Defendant's premises and therefore suffered an injury in fact. In addition, Plaintiffs continue to desire and intend to visit the RESTAURANT, but continue to be injured in that they are unable to and continue to be discriminated against due to the barriers to access which remain at the RESTAURANT in violation of the ADA. MS. FENDLEY and other members of ACCESS NOW, INC. have now and continue to have reasonable grounds for believing that they have been and will be discriminated against because of the Defendant's continuing deliberate and knowing violations of the ADA.

11. Pursuant to the mandates of 42 U.S.C. §12134(a), on July 26, 1991, the Department of Justice, Office of the Attorney General, promulgated Federal Regulations to implement the requirements of the ADA 28 C.F.R. Part 36.

4

12. PLANET SMOOTHIE is in violation of 42 U.S.C. §12181 et.seq. and 28 C.F.R. §36.302 et.seq. and is discriminating against the Plaintiffs as a result of inter alia, the following specific violations:

> (i) Accessible seating is not provided in the interior or exterior dining areas;
>
> (ii) The counter is too high;
>
> (iii) Accessible signage is not provided for the toilet rooms;
>
> (vi) The toilet room lavatory faucet controls require tight grasping, pinching and twisting of the wrist to operate;
>
> (v) The toilet room lavatory interferes with the transfer space to the water closet;
>
> (vi) The toilet paper dispenser located in the toilet room is out of reach range;
>
> (vii) The paper towel dispenser located in the toilet room is a protruding object;
>
> (viii) There is not sufficient clear floor space to exit the toilet room;
>
> (ix) The lock on the toilet room door requires tight grasping, pinching and twisting of the wrist to operate;

13. There are other current barriers to access and violations of the ADA at the RESTAURANT owned and operated by PLANET SMOOTHIE which were not specifically identified herein as the Plaintiffs are not required to engage in a futile gesture pursuant to 28 C.F.R. Part 36, §36.501 and, as such, only once a full inspection is performed by Plaintiffs or Plaintiffs' representatives can all said violations be identified.

14. To date, the barriers to access and other violations of the ADA still exist and have not been remedied or altered in such a way as to effectuate compliance with the provisions of the ADA.

5

15. Pursuant to the ADA, 42 U.S.C. §12101 et.seq. and 28 C.F.R. §36.304, PLANET SMOOTHIE was required to make its RESTAURANT, a place of public accommodation, accessible to persons with disabilities by January 28, 1992. To date, PLANET SMOOTHIE has failed to comply with this mandate.

16. The Plaintiffs have been obligated to retain undersigned counsel for the filing and prosecution of this action. Plaintiffs are entitled to have its reasonable attorney's fees, costs and expenses paid by PLANET SMOOTHIE pursuant to 42 U.S.C. §12205.

17. Pursuant to 42 U.S.C. §12188, this Court is vested with the authority to grant Plaintiffs' injunctive relief, including an Order to alter the subject facilities to make them readily accessible to, and useable by, individuals with disabilities to the extent required by the ADA, and closing the subject facilities until the requisite modifications are completed.

WHEREFORE, the Plaintiffs demand judgment against PLANET SMOOTHIE and request the following injunctive and declaratory relief:

    A. That the Court declare that the property owned and administered by PLANET SMOOTHIE is violative of the ADA;

    B. That the Court enter an Order directing PLANET SMOOTHIE to alter its facilities to make them accessible to and useable by individuals with disabilities to the full extent required by Title III of the ADA;

    C. That the Court enter an Order directing PLANET SMOOTHIE to evaluate and neutralize its policies and procedures towards persons with disabilities for such reasonable time so as to allow them to undertake and complete corrective procedures;

    D. That the Court award reasonable attorney's fees, costs (including expert fees) and other expenses of suit, to the Plaintiffs; and

E. That the Court award such other and further relief as it deems necessary, just and proper.

Dated this _26_ day of _February_, 2004.

Respectfully submitted,

By: _____
Edward I. Zwilling, Esq.
Schwartz Zweben & Associates, LLP
300 Office Park Drive, Suite 217
Birmingham, Alabama 35223
Telephone:   (205) 871-8089
Facsimile:    (205) 871-8091

7