UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 MAY 26 PM 3: 36
U.S. DISTRICT COURT
N.D. OF ALABAMA

MELISSA FENDLEY and ACCESS
NOW, INC., a Florida not for
profit corporation,

    Plaintiffs,

vs.                                CASE NO: 04-AR-0423-S

PLANET SMOOTHIE OF PELHAM, LLC,
a domestic corporation,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

COME NOW the Plaintiffs, Melissa Fendley and Access Now, Inc. in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and give notice of voluntarily dismissing their Complaint against Planet Smoothie of Pelham, LLC, without prejudice.

                                            Respectfully submitted,

                                            Edward I. Zwilling, Esq.
                                            Ala. Bar No. ASB-1564-L54E

**OF COUNSEL**:
Schwartz Zweben & Associates, L.L.P.
300 Office Park Drive, Suite 217
Birmingham, Alabama 35223
Telephone: (205) 871-8089
Facsimile: (205) 871-8091